United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 13, 2007**

Charles R. Fulbruge III
Clerk

*In The United States Court Of Appeals
For The Fifth Circuit*

No. 05-20663

ROBY M. WILSON,

Plaintiff - Appellant,

v.

KRBE RADIO INC.; KRBE FM RADIO LIMITED PARTNERSHIP, doing business as Radio Station KRBE; SUSQUEHANNA RADIO CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
No. 4:04-CV-2641

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

After studying the briefs, reviewing the record, and hearing oral argument, we are satisfied that the district court's judgment should be affirmed. We conclude that the district court committed no error in granting summary judgment for the defendants on all of Roby Wilson's claims. We therefore AFFIRM the district court's judgment.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.